IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MITTAL STEEL USA ISG, INC.

    Plaintiffs

      V.                            CIVIL ACTION
                                    NO.

SAMUEL BODMAN
Secretary of Energy, United States
et al

    Defendants

CERTIFICATE UNDER LCVR 26.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief:

Mittal Steel USA ISG, Inc. is a wholly owned subsidiary of Mittal Steel Company NV, a publicly held company.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

_____

Philip P. Kalodner
208 Righters Mill Road
Gladwyne PA 19035
DC Bar 973578

Attorney for Plaintiff

July 26, 2005