IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MITTAL STEEL USA ISG, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL BODMAN, Secretary ) <br> of Energy, United States; GEORGE ) <br> B. BREZNAY, Director, Office of ) <br> Hearings and Appeals, U.S. ) <br> Department of Energy, ) <br> ) <br> Defendants. ) | CASE NO. 1:05CV01466-ESH |

FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO ANSWER, OR OTHERWISE PLEAD
IN RESPONSE TO, PLAINTIFF'S COMPLAINT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and the Local Rules of this Court, Federal Defendants Samuel Bodman, Secretary of Energy, and George Breznay, Director of the Office of Hearings and Appeals, United States Department of Energy, hereby move the Court for a twenty-one (21) day enlargement of time until October 21, 2005, in which to file an Answer or other pleading, as may be appropriate, to the Complaint filed in this case. Federal Defendants' response to the Complaint is due by September 30, 2005, and this is the Federal Defendants' first request for an enlargement of time in which to file such a response.

Due to the exigencies of public business and other litigation requirements assigned to undersigned counsel for the Federal Defendants, the proposed enlargement of time is needed to complete an investigation of the allegations contained in the Complaint and then respond thereto.

Plaintiff's counsel, Mr. Philip Kalodner, was contacted about this motion and he authorized undersigned counsel to represent to the Court that the Plaintiff does not object to this motion.

Based on the foregoing reasons, Federal Defendants respectfully request that the Court grant this motion.

                              Respectfully submitted,

                              _____
                              STEPHEN C. SKUBEL
                              PAUL T. MICHAEL
                              THOMAS H. KEMP
                              Office of the General Counsel
                              United States Department of Energy
                              Room 6H-087
                              1000 Independence Avenue, S.W.
                              Washington, D.C.  220585
                              Telephone: (202) 586-1303
                              Attorneys for Federal Defendants

DATED: September 29, 2005