IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                )
MITTAL STEEL USA ISG, INC.,     )
                                )
          Plaintiff,            )
                                )
          v.                    )
                                )     CASE NO. 1:05CV01466-ESH
SAMUEL BODMAN, Secretary        )
of Energy, United States; GEORGE )
B. BREZNAY, Director, Office of  )
Hearings and Appeals, U.S.       )
Department of Energy,            )
                                )
          Defendants.           )
_____ )

<u>PROPOSED ORDER</u>

This matter comes before the Court on Federal Defendants' motion for a twenty-one (21) day enlargement of the time to and including October 21, 2005 in which they are required to answer or otherwise plead in response to the Complaint. The Court, having considered the premises of the motion, and the Plaintiff not objecting to the granting of the motion, finds that the motion should be granted. It is, therefore,

ORDERED and ADJUDGED that Federal Defendants' motion for a twenty-one (21) day enlargement of time in which to answer or otherwise plead in response to the Complaint should be, and hereby is, granted; and, it is further

ORDERED and ADJUDGED that Federal Defendants' shall file their Answer or other pleading, as may be appropriate, by no later than October 21, 2005.

_____
UNITED STATES DISTRICT JUDGE


Copies to:

Philip P. Kalodner, Esq.
208 Righter's Mill Road
Gladwyne, PA 19035
Attorney for Plaintiff

Paul T. Michael, Esq.
Thomas H. Kemp, Esq.
Office of the General Counsel
Room 6H-087
1000 Independence Avenue, S.W.
Washington, D.C.   20585
Attorneys for Federal Defendants