UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MITTAL STEEL USA ISG, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1466 |
| **SAMUEL BODMAN,** *et al.*, | : | (ESH) |
| Defendants. | : | |

## ORDER

Based on a conference call held this date, it is hereby

**ORDERED** that an initial scheduling conference is set for November 22, 2005 at 10:30 a.m. The government will file the administrative record by November 15, 2005; any motion for discovery must be filed by November 10, 2005; and any opposition thereto must be filed by November 17, 2005.


                                                                     s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

Date: November 1, 2005