IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MITTAL STEEL USA ISG, INC.
4020 Kinross Lakes Parkway
Richfield, OH 44286

    Plaintiff

       V.                                CIVIL ACTION NO.

SAMUEL BODMAN                         05-1466(ESH)
Secretary of Energy, United States
1000 Independence Ave. S.W.
Washington DC 20585

GEORGE B. BREZNAY
Director, Office of Hearings and Appeals
U.S. Department of Energy
1000 Independence Avenue S.W.
Washington DC 20585

    Defendants

---

<u>ORDER GRANTING</u>

<u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>

    Mittal Steel USA, ISG, Inc. ("ISG") has moved for discovery in the form of production by the defendants (cumulatively referred to as "DOE") of the documents and information set forth in Exhibit A hereto.

    Upon consideration, the Court has determined to grant the motion.

Accordingly, it is hereby ORDERED that the DOE shall supply to ISG, on or before January 6, 2006 the documents and information set forth on Exhibit A hereto.

_____

ELLEN SEGAL HUVELLE

U.S. DISTRICT JUDGE

EXHIBIT A

1. Copies of all decisions on motions for reconsideration in the Subpart V crude oil refund proceedings. If the Decision does not itself provide the date of the decision as to which reconsideration was sought and the date of the filing of the motion for reconsideration, please supply such information.

2. Copies of all decisions issued subsequently to May 1, 2004, granting, denying or reconsidering crude oil refunds.

3. As of April 29, 1983, the amount of crude oil refunds in U.S. Treasury escrow and the additional amount, if any due to be paid into escrow as to completed settlements of alleged crude oil overcharges.