IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MITTAL STEEL USA ISG, INC.
4020 Kinross Lakes Parkway
Richfield, OH 44286

    Plaintiff

      V.                                  CIVIL ACTION NO.

SAMUEL BODMAN                          05-1466(ESH)
Secretary of Energy, United States
1000 Independence Ave. S.W.
Washington DC 20585

GEORGE B. BREZNAY
Director, Office of Hearings and Appeals
U.S. Department of Energy
1000 Independence Avenue S.W.
Washington DC 20585

    Defendants

---

PROPOSED SCHEDULING ORDER

Counsel for plaintiffs (referred to as "ISG") and the defendants (referred to as "DOE") have filed a Rule 16.3 Report, agreeing to a schedule for the filing of a Motion for Summary Judgment by ISG, the filing of a Motion to Dismiss or in the alternative for Summary Judgment by DOE, and the briefing on such motions, and have agreed to defer initial disclosures required by Rule 26 (a) (1) and any discovery in addition to that requested by ISG in a Motion to Compel Discovery until after the Court's

1

decision on the DOE's Motion to Dismiss or in the alternative for Summary Judgment and ISG's Motion for Summary Judgment. The Court has decided to adopt the proposals of the parties as to such matters,

IT IS HEREBY ORDERED:

1. The following schedule is adopted for briefing on DOE's Motion to Dismiss or in the alternative for Summary Judgment and CON ED's Motion for Summary Judgment:

| | |
|---|---|
| DOE's Filing of Administrative Record | November 15, 2005 |
| DOE's Motion to Dismiss or in the Alternative for Summary Judgment and Brief in Support Thereof | January 20, 2006 |
| ISG's Motion for Summary Judgment and Brief in Support Thereof, and in Opposition to DOE's Motion to Dismiss or in the Alternative for Summary Judgment | February 17, 2005 |
| DOE's Brief in Opposition to ISG's Motion for Summary Judgment and in Reply to ISG's Opposition to DOE's Motion to Dismiss or in the alternative for Summary Judgment | March 17, 2006 |
| ISG's Brief in Reply to DOE's Opposition to ISG's Motion for Summary Judgment | April 14, 2006 |

2. Both the initial disclosures required by Rule 16 (a) (1) and any additional discovery shall be deferred until decision on the DOE Motion to Dismiss or for Summary Judgment and the ISG Motion for Summary Judgment.

3. Oral argument on the DOE Motion to Dismiss or for Summary Judgment and the ISG Motion for Summary Judgment will be scheduled upon the completion of briefing on such motions.

_____

ELLEN SEGAL HUVELLE

U.S. DISTRICT JUDGE