IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITTAL STEEL USA ISG INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01466 (ESH) |
| ) | |
| SAMUEL BODMAN, Secretary ) | |
| of Energy, United States; ) | |
| GEORGE BREZNAY, Director, ) | |
| Office of Hearings and Appeals, ) | |
| U.S. Department of Energy, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' NOTICE OF
FILING CERTIFIED ADMINISTRATIVE RECORD**

Notice is hereby given of Federal Defendants' filing of the 396 page (not counting the agency certification and index pages), one volume, Certified Administrative Record of the agency proceedings in a refund application by Mittal Steel USA ISG, Inc. before the United States Department of Energy's Office of Hearings and Appeals in cases numbered RF272-75497; RF272-75555; RF272-75568; and RF272-00321.

Respectfully submitted,

Dated: November 14, 2004          _____
                                  PAUL T. MICHAEL
                                  THOMAS H. KEMP
                                  STEPHEN C. SKUBEL
                                  United States Department of Energy
                                  Office of the General Counsel
                                  1000 Independence Avenue, S.W.
                                  Washington, D.C. 20585
                                  Telephone: (202) 586-1303