UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MITTAL STEEL USA ISG, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1466 (ESH) |
| **SAMUEL BODMAN,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Based on the status conference held this date and the arguments of counsel, it is this 22nd day of November, 2005, hereby

**ORDERED** that plaintiff's Motion to Compel Discovery is **GRANTED IN PART** insofar as defendants must disclose within thirty (30) days (1) any case filed after June 30, 1995 in which a motion for reconsideration in a Subpart V crude oil refund proceeding was granted by defendants, and (2) any case filed after May 1, 2004 in which a party received a crude oil refund after that date even though the party had not prevailed previously; and it is

**FURTHER ORDERED** that defendants shall file their motion for summary judgment by January 20, 2006, plaintiff's cross-motion and opposition shall be filed by February 17, 2006, defendants' reply shall be filed by March 17, 2006, and plaintiff's reply shall be filed by April 14, 2006.

                                                              s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

DATE: November 22, 2005