# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MITTAL STEEL USA ISG, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05CV01466ESH |
| **SAMUEL BODMAN**, Secretary of Energy, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of the Federal Defendants' motion for summary judgment and the Plaintiff's opposition thereto, the Court having determined that there is no genuine issue as to any material fact and that the Federal Defendants are entitled to summary judgment as a matter of law, it is:

**ORDERED** and **ADJUDGED** that the Federal Defendants' motion for summary judgment be, and hereby is, granted; and it is further

**ORDERED** and **ADJUDGED** that the Plaintiff's complaint be, and hereby is, dismissed with prejudice.

DATE: _____, 2006.    _____
                                  UNITED STATES DISTRICT JUDGE

cc: Attached list

Paul T. Michael
Stephen C. Skubel
United States Department of Energy
Office of the General Counsel
Room 6H-087
1000 Independence Avenue, S.W.
Washington, D.C.  20585
<u>Attorneys for Federal Defendants</u>

Philip P. Kalodner, Esq.
208 Righters Mill Road
Gladwyne, PA   19035
<u>Attorney for Plaintiff</u>