IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MITTAL STEEL USA ISG, INC.
4020 Kinross Lakes Parkway
Richfield, OH 44286

    Plaintiff

       V.                                            CIVIL ACTION NO.

SAMUEL BODMAN                                    05-1466(ESH)
Secretary of Energy, United States
1000 Independence Ave. S.W.
Washington DC 20585

GEORGE B. BREZNAY
Director, Office of Hearings and Appeals
U.S. Department of Energy
1000 Independence Avenue S.W.
Washington DC 20585

    Defendants

---

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Mittal Steel USA, ISG, Inc. ("ISG") respectfully moves for summary judgment, as follows:

(i) reversing the denial by the Office of Hearings and Appeals of the Department of Energy ("OHA" and "DOE") of its Motion for Reconsideration seeking crude oil refunds for the

1

purchase of refined petroleum products by National Steel Corporation at the Weirton, W. Va. Steel manufacturing facility now owned by ISG, and for whose predecessor owner, the Weirton Steel Corporation, National Steel Corporation was acting as agent in asserting such claim;

    (b) directing defendants in their official capacities with OHA and DOE to award to ISG crude oil refunds for such purchases to the same extent as all other claimants who have already received crude oil refunds and to whom additional crude oil refunds are being distributed.

    In support of such Motion, plaintiff submits a Statement of Points and Authorities, and requests the opportunity to offer oral argument in support of the motion.

Respectfully submitted,

_____

Philip P. Kalodner
208 Righters Mill Road
Gladwyne PA 19035
DC Bar 973578

Attorney for Plaintiff

February 16, 2006