IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| MITTAL STEEL USA ISG, INC.<br>4020 Kinross Lakes Parkway<br>Richfield, OH 44286<br><br>    Plaintiff<br><br>    V.<br><br>SAMUEL BODMAN<br>Secretary of Energy, United States<br>1000 Independence Ave. S.W.<br>Washington DC 20585<br><br>GEORGE B. BREZNAY<br>Director, Office of Hearings and Appeals<br>U.S. Department of Energy<br>1000 Independence Avenue S.W.<br>Washington DC 20585<br><br>    Defendants | CIVIL ACTION NO.<br><br>05-1466(ESH) |

---

<u>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

    Plaintiff Mittal Steel USA, ISG, Inc. ("ISG") has moved for summary judgment.

    Upon consideration, the Court has determined to grant the motion.

1

Accordingly, it is hereby ORDERED:

(I) the denial by the Office of Hearings and Appeals of the Department of Energy ("OHA" and "DOE") of ISG's Motion for Reconsideration seeking crude oil refunds for the purchase of refined petroleum products by National Steel Corporation at the Weirton, W. Va. Steel manufacturing facility now owned by ISG, and for whose predecessor owner, the Weirton Steel Corporation, National Steel Corporation was acting as agent in asserting such claim, is hereby REVERSED;

(b) defendants acting in their official capacities with OHA and DOE are DIRECTED to award to ISG crude oil refunds for such purchases to the same extent as all other claimants who have already received crude oil refunds and to whom additional crude oil refunds are being distributed.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE