### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MITTAL STEEL USA ISG, INC.,** | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:05CV01466ESH |
|  | ) |
| **SAMUEL BODMAN**, Secretary of Energy, *et al.*, | ) |
| Defendants. | ) |

### PROPOSED ORDER

This matter comes before the Court on the Federal Defendants' motion for a fourteen (14) day extension of time to and including March 31, 2006 in which they are required to file their reply to the Plaintiff's motion for summary judgment. The Court, having considered the premises of the motion, and the Plaintiff not objecting to the granting of the motion, finds that the Federal Defendant's motion should be granted. It is, **THEREFORE**,

**ORDERED** and **ADJUDGED** that the Federal Defendants' motion for a fourteen (14) day extension of time in which to file their reply to the Plaintiff's motion for summary judgment should be, and is granted; and it is further

**ORDERED** and **ADJUDGED** that the Federal Defendants shall file their reply to the Plaintiff's motion for summary judgment by no later than March 31, 2006; and it is further

**ORDERED** and **ADJUDGED** that the Plaintiff shall file its reply by no later than April 28, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

DATED: _____, 2006

Copies to:

Philip P. Kalodner, Esq.
208 Righter's Mill Road
Gladwyne, PA 19035
Attorney for Plaintiff

Paul T. Michael, Esq.
Thomas H. Kemp, Esq.
United States Department of Energy
Office of the General Counsel
Room 6H-087
1000 Independence Avenue, S.W.
Washington, D.C.  20585
Attorneys for Federal Defendants