# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MITTAL STEEL USA ISG, INC.,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**SAMUEL BODMAN**, Secretary of )<br>Energy, *et al.,* )<br>Defendants. )<br>) | CIVIL ACTION NO. 1:05CV01466ESH |

### FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME

The Federal Defendants, Samuel Bodman, Secretary of Energy, and George B. Breznay, Director, Office of Hearings and Appeals, United States Department of Energy, hereby move the Court for an extension of time of fourteen days until March 31, 2006 in which to file their reply to the Plaintiff's motion for summary judgment and statement in further support of their motion for summary judgment. At present, the Federal Defendants' reply to the Plaintiff's motion for summary judgment is due on March 17, 2006, and the Plaintiff's reply is due on April 14, 2006.

This extension of time is requested because the Federal Defendants' lead attorney has not been well recently and, as a consequence, requires more time in which to prepare and file the Federal Defendants' reply. The Federal Defendants' lead attorney does not foresee the need for any further extensions of time on behalf of the Federal Defendants.

The Plaintiff's attorney, Mr. Philip Kalodner, was consulted about this motion and he has authorized the Federal Defendants' attorney to represent to the Court that the Plaintiff does not object to this motion, provided that the date on which the Plaintiff's reply is due is also changed to take into account any extension that is granted to the Federal Defendants. The

Plaintiff's reply is currently due on April 14, 2006, and granting this motion would extend that date until April 28, 2006.

Based on the foregoing reasons, the Federal Defendants respectfully request that the Court grant the motion.

Respectfully submitted,

_____
PAUL T. MICHAEL
THOMAS H. KEMP
United States Department of Energy
Office of the General Counsel
Room 6H-087 (GC-32)
1000 Independence Ave., S.W.
Washington, D.C. 20585
Telephone: (202) 586-1303


Dated:   March 16, 2006