IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MITTAL STEEL USA ISG INC                :
                                        :
    Plaintiff                           :
                                        :
            v.                          :  Civil Action No 05-1466 (ESH)
                                        :
SAMUEL BODMAN,                          :
Secretary of Energy et al               :
                                        :
    Defendants                          :
---------------------------------

## NOTICE OF APPEAL

Notice is hereby given that Mittal Steel USA ISG Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from a Memorandum and Order entered June 2, 2006 granting defendants' motion for summary judgment, denying plaintiff's motion for summary judgment and dismissing Plaintiffs' complaint, such Order constituting a final order disposing of all of plaintiff's claims.

Respectfully submitted,

*/s/ Philip P. Kalodner*
-----------------------
Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
(610) 649-8749
DC Bar 973578
ATTORNEY FOR APPELLANTS

July 27, 2006